1 | **TIMOTHY J. RYAN (99542)**
**REBEKKA R. MARTORANO (173600)**
2 | **THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
3 | Sacramento, California 95814
Telephone: (916) 924-1912
4 | Facsimile: (916) 923-3872
tryan@ryanlg.com
5 | rmartorano@ryanlg.com

6 | Attorneys for Defendants and Third-Party Plaintiffs
NIBCO, INC. and WESTERN NEVADA SUPPLY CO.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG PROPERTY CASUALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>NIBCO, INC.; WESTERN NEVADA SUPPLY; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. **2:20-CV-00197-JAM-EFB**<br><br>**STIPULATION AND ORDER REGARDING REQUEST TO EXTEND DEADLINE FOR SUBMITTAL OF JOINT STATUS REPORT** |
| NIBCO, INC. AND WESTERN NEVADA SUPPLY CO.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>MD MECHANICAL; MICHAEL DIAZ, and ROES 1 to 25, inclusive,<br><br>Third-Party Defendants. | |

Plaintiff AIG Property Casualty Company ("Plaintiff") and defendants NIBCO, Inc. and Western Nevada Supply Co. ("Defendants") stipulate as follows:

---

**STIPULATION AND PROPOSED ORDER REGARDING REQUEST TO EXTEND DEADLINE FOR SUBMITTAL OF JOINT STATUS REPORT**

1

Whereas Defendants filed a notice of removal of this action to this Court on January 27, 2020;

Whereas the Court's Order Requiring Service of Process and Joint Status Report requires that the parties shall prepare and submit to the Court a joint status report pursuant to Fed. R. Civ. P. 26(f) within 60 days from the date of removal of the action;

Whereas this results in a current deadline of March 27, 2020 for the filing of the joint status report;

Whereas Defendants filed a third-party complaint for indemnity on February 3, 2020, naming as third-party defendants MD Mechanical and Michael Diaz ("Third-Party Defendants") (Docket No. 5);

Whereas Defendants served Third-Party Defendants with their third-party complaint on February 16, 2020 as reflected in the Certificate of Service filed on March 4, 2020 (Docket No. 11);

Whereas Defendants and Third-Party Defendants entered into a stipulation filed on March 4, 2020, providing for an extension of Third-Party's time to respond to the complaint by 25 days to April 3, 2020 (Docket No. 12);

Therefore, Plaintiff and Defendants respectfully request that the deadline to file the parties' joint status report currently set for March 27, 2020 be extended by 45 days to May 11, 2020, to allow the parties an opportunity to meet and confer with the Third-Party Defendants once they have appeared in this action.

IT IS SO STIPULATED.

Dated:  March 11, 2020                    GROTEFELD HOFFMANN LLP


                                          By:  /s/ *David J. Kestenbaum*
                                             DAVID KESTENBAUM
                                             Attorneys for Plaintiff AIG PROPERTY
                                             CASUALTY COMPANY

Dated:  March 11, 2020                    THE RYAN LAW GROUP


By: /s/ *Rebekka R. Martorano*
  TIMOTHY J. RYAN
  REBEKKA R. MARTORANO
  Attorneys for Defendants and Third-Party
  Plaintiffs NIBCO, INC. and WESTERN
  NEVADA SUPPLY CO.


<u>ORDER</u>

Pursuant to the parties' stipulation set for above and good cause appearing, the deadline to submit the parties' joint status report as set forth in the Court's Order Requiring Service of Process and Joint Status Report is extended by 45 days to May 11, 2020.


Dated: 3/11/2020                    /s/ John A. Mendez
                    Judge of the United States District Court

**STIPULATION AND PROPOSED ORDER REGARDING REQUEST TO EXTEND DEADLINE FOR SUBMITTAL OF JOINT STATUS REPORT**
3