**TIMOTHY J. RYAN (99542)**
**REBEKKA R. MARTORANO (173600)**
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendants and Third-Party Plaintiffs NIBCO, INC. and WESTERN NEVADA SUPPLY CO.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG PROPERTY CASUALTY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> NIBCO, INC.; WESTERN NEVADA SUPPLY; and DOES 1 to 25, inclusive, <br> Defendants. <br><br> And related Third-Party Complaint and Counterclaim | Case No. **2:20-CV-00197-JAM-EFB** <br><br> **STIPULATION AND PROPOSED ORDER RE MODIFICATION OF PRE-TRIAL SCHEDULING ORDER** <br><br> Action Filed: December 19, 2019 <br> Trial Date: December 6, 2021 |

Plaintiff AIG Property Casualty Company, Defendants and Third-Party Plaintiffs NIBCO, Inc. and Western Nevada Supply Co., and Third-Party Defendants and Plaintiffs in Counterclaim MD Mechanical and Michael Diaz (collectively "MD") submit the following stipulation and proposed order seeking to extend the deadlines provided in the Court's Status (Pre-trial Scheduling) Order dated May 7, 2020 (Docket No. 18, hereinafter Pre-trial Scheduling Order).

On May 7, 2020, the Court, in its Pre-trial Scheduling Order set the following dates:

Expert disclosures to be made by: May 14, 2021

Supplemental disclosure and disclosure of rebuttal experts: May 21, 2021

Discovery to be completed by: July 16, 2021

**STIPULATION AND PROPOSED ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER**

1     Dispositive motions to be filed by:  August 17, 2021

2     Dispositive motions to be heard on: September 14, 2021 at 1:30 p.m.

3     Final pre-trial conference: October 29, 2021 at 11 a.m.

4     Trial (5-day jury): December 6, 2021

5

6     The parties have met and conferred, and agree that a continuance of these dates by

7 approximately six months would be appropriate, in light of several factors, including delays in

8 completing discovery in light of Covid19 restrictions, the need to schedule numerous witness

9 depositions, and a declaratory relief action filed by the insurer of MD.

10     Therefore, the parties propose that the current Pre-trial Scheduling Order be modified to

11 continue the current dates by approximately six months as follows:

12     Expert disclosures to be made by: November 15, 2021

13     Supplemental disclosure and disclosure of rebuttal experts: November 22, 2021

14     Discovery to be completed by: January 13, 2022

15     Dispositive motions to be filed by:  February 17, 2022

16     Dispositive motions to be heard on: a date in or about March 2022 at the Court's discretion

17     Final pre-trial conference: a date in or about April 2022 at the Court's discretion

18     Trial (5-day jury): a date in or about July 2022 at the Court's discretion

19

20 IT IS SO STIPULATED.

21 Dated:  January 22, 2021     GROTEFELD HOFFMANN LLP

22

23     By:   */s/ David Kestenbaum* (as authorized on 1/22/2021)
        DAVID KESTENBAUM

24         Attorneys for Plaintiff AIG

25

26

27

28

**STIPULATION AND PROPOSED ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER**

Dated: January 22, 2021    THE RYAN LAW GROUP

By:  */s/ Rebekka R. Martorano*
　　　TIMOTHY J. RYAN
　　　REBEKKA R. MARTORANO
　　　Attorneys for Defendants and Third-Party
　　　Plaintiffs NIBCO, INC. and WESTERN
　　　NEVADA SUPPLY CO

Dated: January 22, 2021    TYSON & MENDES, LLP

By:  */s/ Cinnamon J. Carr*  (as authorized on 1/22/2021)
　　　RICHARD G. SOMES
　　　CINNAMON J. CARR
　　　Attorneys for Third-Party Defendants and Plaintiffs
　　　in Counterclaim MD Mechanical and Michael Diaz

## ORDER

Based on the stipulation of the parties and good cause appearing, the Pre-trial Scheduling order of May 7, 2020 is modified as follows:

　　Expert disclosures to be made by: November 15, 2021

　　Supplemental disclosure and disclosure of rebuttal experts: November 22, 2021

　　Discovery to be completed by: January 13, 2022

　　Dispositive motions to be filed by: February 17, 2022

　　Dispositive motions to be heard on: April 5, 2022 at 1:30 PM

　　Final pre-trial conference: May 27, 2022 at 11:00 AM

　　Trial (5-day jury): July 11, 2022 at 9:00 AM

IT IS SO ORDERED.

Dated: January 22, 2021    　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND PROPOSED ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER**