**TIMOTHY J. RYAN (99542)**
**REBEKKA R. MARTORANO (173600)**
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendants and Third-Party Plaintiffs NIBCO, INC. and WESTERN NEVADA SUPPLY CO.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG PROPERTY CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NIBCO, INC.; WESTERN NEVADA SUPPLY; and DOES 1 to 25, inclusive,<br>Defendants.<br><br>And related Third-Party Complaint and Counterclaim | Case No. **2:20-CV-00197-JAM-JDP**<br><br>**AMENDED STIPULATION AND ORDER RE MODIFICATION OF PRE-TRIAL SCHEDULING ORDER**<br><br>Action Filed: December 19, 2019<br>Trial Date: July 11, 2022 |

Plaintiff AIG Property Casualty Company, Defendants and Third-Party Plaintiffs NIBCO, Inc. and Western Nevada Supply Co., and Third-Party Defendants and Plaintiffs in Counterclaim MD Mechanical and Michael Diaz (collectively "MD") submit the following stipulation and proposed order seeking to extend certain discovery deadlines provided in the Court's Status (Pre-trial Scheduling) Order dated May 7, 2020 (Docket No. 18) as modified by the Stipulation and Order entered January 25, 2021 (Docket No. 21.)

In the January 25, 2021 order, the Court set the following dates:

Expert disclosures to be made by: November 15, 2021

Supplemental disclosure and disclosure of rebuttal experts: November 22, 2021

**AMENDED STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER**

1

1  Discovery to be completed by: January 13, 2022
2  Dispositive motions to be filed by:  February 17, 2022
3  Dispositive motions to be heard on: April 5, 2022 at 1:30 PM
4  Final pre-trial conference: May 27, 2022 at 11:00 AM
5  Trial (5-day jury): July 11, 2022 at 9:00 AM.

6  The parties have met and conferred and agree that a continuance of the dates for expert
7  disclosures and close of discovery would be appropriate due to a number of depositions that
8  remain to be completed prior to expert disclosures.  The parties do not currently anticipate filing
9  dispositive motions and do not seek to continue the current dates for the pre-trial conference and
10 trial.

11 Therefore, the parties propose that the current Pre-trial Scheduling Order be modified as
12 follows:
13   Expert disclosures to be made by: December 22, 2021
14   Supplemental disclosure and disclosure of rebuttal experts: January 5, 2021
15   Discovery to be completed by: February 15, 2022
16   Dispositive motions to be filed by:  March 25, 2022
17   Dispositive motions to be heard on: May 3, 2022, at 1:30 PM
18   Joint Mid-Litigation Statement Filing Deadline: 14 days prior to close of discovery
19   Final pre-trial conference: June 17, 2022, at 11:00 AM
20   Trial: August 1, 2022, at 9:00 AM.
21
22 IT IS SO STIPULATED.
23 Dated:  October 5, 2021         GROTEFELD HOFFMANN LLP
24
25                          By:   /s/ David Kestenbaum (as authorized on 10/4/2021)
                                  DAVID KESTENBAUM
26                                Attorneys for Plaintiff AIG
27
28

**AMENDED STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER**

Dated:   October 5, 2021         THE RYAN LAW GROUP

By:   /s/ *Rebekka R. Martorano*
    TIMOTHY J. RYAN
    REBEKKA R. MARTORANO
    Attorneys for Defendants and Third-Party
    Plaintiffs NIBCO, Inc. and Western
    Nevada Supply Co

Dated:   October 5, 2021         TYSON & MENDES, LLP

By:   /s/ Richard G. Somes (as authorized on 10/4/2021)
    RICHARD G. SOMES
    WILSON YUREK
    Attorneys for Third-Party Defendants and Plaintiffs
    in Counterclaim MD Mechanical and Michael Diaz

## ORDER

Based on the stipulation of the parties and good cause appearing, the Pre-trial Scheduling order of January 25, 2021, is modified as follows:

Expert disclosures to be made by: December 22, 2021

Supplemental disclosure and disclosure of rebuttal experts: January 5, 2022

Discovery to be completed by: February 15, 2022

Dispositive motions to be filed by:  March 25, 2022

Dispositive motions to be heard on: May 3, 2022 at 1:30 PM

Joint Mid-Litigation Statement Filing Deadline: 14 days prior to close of discovery

Final pre-trial conference: June 17, 2022 at 10:00 AM

Trial: August 1, 2022 at 9:00 AM.

IT IS SO ORDERED.

Dated:  October 5, 2021              /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE