**TIMOTHY J. RYAN (99542)**
**REBEKKA R. MARTORANO (173600)**
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendants and Third-Party Plaintiffs NIBCO, INC. and WESTERN NEVADA SUPPLY CO.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG PROPERTY CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NIBCO, INC.; WESTERN NEVADA SUPPLY; and DOES 1 to 25, inclusive,<br>Defendants.<br><br>And related Third-Party Complaint and Counterclaim | Case No. **2:20-CV-00197-JAM-JDP**<br><br>**STIPULATION AND ORDER RE MODIFICATION OF PRE-TRIAL SCHEDULING ORDER**<br><br>Action Filed: December 19, 2019<br>Trial Date: July 11, 2022 |

Plaintiff AIG Property Casualty Company, Defendants and Third-Party Plaintiffs NIBCO, Inc. and Western Nevada Supply Co., and Third-Party Defendants and Plaintiffs in Counterclaim MD Mechanical and Michael Diaz (collectively "MD") submit the following stipulation and proposed order seeking to extend certain discovery deadlines provided in the Court's Status (Pre-trial Scheduling) Order dated May 7, 2020 (Docket No. 18) as modified by the Stipulation and Order entered January 25, 2021 (Docket No. 21) and the Stipulation and Order entered October 6, 2021 (Docket No. 26.)

In the October 6, 2021 order, the Court set the following dates:

Expert disclosures to be made by: December 22, 2021

**STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER**

1

1 | Supplemental disclosure and disclosure of rebuttal experts: January 5, 2022
2 | Discovery to be completed by: February 15, 2022
3 | Dispositive motions to be filed by: March 25, 2022
4 | Dispositive motions to be heard on: May 3, 2022 at 1:30 PM
5 | Joint Mid-Litigation Statement Filing Deadline: 14 days prior to close of discovery.
6 | Final pre-trial conference: June 17, 2022 at 10:00 AM
7 | Trial: August 1, 2022 at 9:00 AM.

The parties have met and conferred and agree that a continuance of the dates for expert disclosures and close of discovery would be appropriate given the large number of depositions recently completed and personal circumstances of certain counsel that have resulted in some delays. The parties do not currently anticipate filing dispositive motions and do not seek to continue the current dates for the dispositive motions, pre-trial conference and trial.

Therefore, the parties propose that the current Pre-trial Scheduling Order be modified as follows:

15 | Expert disclosures to be made by: January 12, 2022
16 | Supplemental disclosure and disclosure of rebuttal experts: January 26, 2022
17 | Fact Discovery to be completed by: February 15, 2022
18 | Expert Discovery to be completed by: March 15, 2022
19 | Dispositive motions to be filed by: March 25, 2022
20 | Dispositive motions to be heard on: May 3, 2022, at 1:30 PM
21 | Joint Mid-Litigation Statement Filing Deadline: 14 days prior to close of discovery
22 | Final pre-trial conference: June 17, 2022, at 11:00 AM
23 | Trial: August 1, 2022, at 9:00 AM.

IT IS SO STIPULATED.

///
///
///

**STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER**

1 | Dated: December 14, 2021        GROTEFELD HOFFMANN LL

2 |                                     By:  */s/ David Kestenbaum* (as authorized on 12/14/22)

3 |                                           DAVID KESTENBAUM
                                          Attorneys for Plaintiff AIG

4 | Dated: December 14, 2021        THE RYAN LAW GROUP

5 |

6 |                                     By:  */s/ Rebekka R. Martorano*
                                          TIMOTHY J. RYAN

7 |                                           REBEKKA R. MARTORANO
                                          Attorneys for Defendants and Third-Party

8 |                                           Plaintiffs NIBCO, Inc. and Western
                                          Nevada Supply Co

9 |

10 | Dated:   December 14, 2021        TYSON & MENDES, LLP

11 |                                     By:  /s/ Richard G. Somes (as authorized on 12/14/22)

12 |                                           RICHARD G. SOMES
                                          WILSON YUREK

13 |                                           Attorneys for Third-Party Defendants and Plaintiffs
                                          in Counterclaim MD Mechanical and Michael Diaz

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER**

# ORDER

Based on the stipulation of the parties and good cause appearing, the Pre-trial Scheduling order of October 6, 2021, is modified as follows:

Expert disclosures to be made by: January 12, 2022

Supplemental disclosure and disclosure of rebuttal experts: January 26, 2022

Fact Discovery to be completed by: February 15, 2022

Expert Discovery to be completed by: March 15, 2022

Dispositive motions to be filed by:  March 25, 2022

Dispositive motions to be heard on: May 3, 2022, at 1:30 PM

Joint Mid-Litigation Statement Filing Deadline: 14 days prior to close of discovery

Final pre-trial conference: June 17, 2022, at 11:00 AM

Trial: August 1, 2022, at 9:00 AM.

IT IS SO ORDERED.

Dated:  December 20, 2021             /s/ John A. Mendez
                                                                 THE HONORABLE JOHN A. MENDEZ
                                                                 UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER**